AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

FREDERICK LOUIS WARD,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:07-cv-00438-BES-VPC**

THE STATE OF NEVADA, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim.


  April 24, 2008                                 **LANCE S. WILSON**
                                                  Clerk

                                               /s/ Kalani Lizares
                                               Deputy Clerk